# EXHIBIT B

### *J*URISDICTIONAL *F*ACTS *R*EGARDING *U*NDERLYING *P*LAINTIFFS

1. Plaintiff, Kathleen Koch, filed a Complaint and Demand for Jury Trial in the case captioned, *Kathleen Koch v. Medline Industries, Inc., et al.*, in the Circuit Court of Cook County, Law Division, Case No. 2019 L 009502, on August 28, 2019, and alleges that she is a citizen of the State of Illinois.

2. Plaintiff, Chandra Sefton, filed a Complaint and Demand for Jury Trial in the case captioned, *Chandra Sefton v. Medline Industries, Inc., et al.*, in the Circuit Court of Cook County, Law Division, Case No. 2019 L 009503, on August 28, 2019, and alleges that she is a citizen of the State of Illinois.

3. Plaintiff, Patty Bennett, filed a Complaint and Demand for Jury Trial in the case captioned, *Patty Bennett v. Medline Industries, Inc., et al.*, in the Circuit Court of Cook County, Law Division, Case No. 2019 L 009504, on August 28, 2019, and alleges that she is a citizen of the State of Illinois.

4. Plaintiff, Dawn Rex (on behalf of her minor son, Samuel Dolcimoscolo), filed a Complaint and Demand for Jury Trial in the case captioned, *Dawn Rex v. Medline Industries, Inc., et al.*, in the Circuit Court of Cook County, Law Division, Case No. 2019 L 009505, on August 28, 2019, and alleges that she is a citizen of the State of Illinois.

5. Plaintiff, Dennis Brebner, filed a Complaint in the case captioned, *Dennis Brebner v. Medline Industries, Inc., et al.*, in the Circuit Court of Cook County, Law Division, Case No. 2019 L 012798, on November 19, 2019, and alleges that he is a citizen of the State of Illinois.

6. Plaintiff, Daniel Leslie, filed a Class Action Complaint and Demand for Jury Trial in the case captioned, *Daniel Leslie v. Medline Industries, Inc., et al.*, in the U.S.D.C., Northern District of Illinois, Case No. 1:20-cv-01654, on March 6, 2020, and alleges that he is a citizen of the State of Illinois.

7. Plaintiff, Michael Moskowitz, filed a Complaint at Law in the case captioned, *Michael Moskowitz v. Medline Industries, Inc., et al.*, in the Circuit Court of Cook County, Law Division, Case No. 2020 L 005596, on May 26, 2020.

8. Plaintiffs, Heather Brincks, Susan Sullivan, Raymond Gunter, Elizabeth Gerberi, Jennifer Baker, Nicholas Rewis, Laura Wooster, Darlene Durling, Suzanne Berner, and Pamela Knobbe, filed a Complaint and Demand for Jury Trial in the case captioned, *Heather Brincks, et al. v. Medline Industries, Inc., et al.*, in the Circuit Court of Cook County, Law Division, Case No. 2020 L 008754, on August 18, 2020. Brinks, Sullivan, Gerberi, Baker, Rewis, Wooster, Durling, Berner and Knobbe allege that they are citizens of the State of Illinois. Gunter alleges that he is a citizen of the State of Michigan.

9. Plaintiffs, Diane County, Vicky Howe-Orusa, George Martin, Gretchen Rohr, Ronald Jones, Dennis Cress, Sandra Martin, Rose Gonyo, Peggy Ann Innes, and Marilynn Sullivan, filed a Complaint and Demand for Jury Trial in the case captioned, *Diane Counts, et al. v. Medline Industries, Inc., et al.*, in the Circuit Court of Cook County, Law Division, Case No.

2020 L 008760, on August 18, 2020. Counts, Howe-Orusa, Rohr, Jones, Cress, Sandra Martin, Innes, and Sullivan allege that they are citizens of the State of Illinois. George Martin alleges that he is a citizen of the State of Texas. Gonyo alleges that she is a citizen of the State of Arizona.

10. Plaintiffs, Theresa Kraemer, Sunny Joseph, Don Miller, Paul Nudelman, Roger De Vito, Jennifer Jurek, Erin Richter, Tom Sokal, Deborah Scott, and Dean Payne, filed a Complaint and Demand for Jury Trial in the case captioned, *Theresa Kraemer, et al. v. Medline Industries, Inc., et al.*, in the Circuit Court of Cook County, Law Division, Case No. 2020 L 008763, on August 18, 2020, and allege that they are citizens of the State of Illinois.

11. Plaintiffs, Cheryl Plencer, Deborah Horning, Anna Tarasiuk, Harmon Hayden, Susan Pate, Yvonne Davies, Connie Garcia, and Vanesa Arroyo, filed a Complaint and Demand for Jury Trial in the case captioned, *Cheryl Plencer, et al. v. Medline Industries, Inc., et al.*, in the Circuit Court of Cook County, Law Division, Case No. 2020 L 008767, on August 18, 2020. Plencer, Tarasiuk, Hayden, Pate, Davies, Garcia and Arroyo allege that they are citizens of the State of Illinois. Horning alleges that she is a citizen of the State of Montana.

12. Plaintiffs, Joan Weichmann, Lisa Wicks, Genoveva Zuniga (Individually and as Parent and Next Friend of Eduardo Zuniga, a minor), Jovan Martinez (Individually and as Parent and Next Fried of Izel Martinez, a minor), Ester Johnson, and Abigail Morena, filed a Complaint and Demand for Jury Trial in the case captioned, *Joan Weichmann, et al. v. Medline Industries, Inc., et al.*, in the Circuit Court of Cook County, Law Division, Case No. 2020 L 008967, on August 20, 2020, and allege that they are citizens of the State of Illinois.

13. Plaintiffs, Patricia Rozek (on behalf of her minor son, JE), Melissa Chen, Laura Wilvert, and Guillermo Montufar, filed a Complaint and Demand for Jury Trial in the case captioned, *Patricia Rozek, et al. v. Medline Industries, Inc., et al.*, in the Circuit Court of Cook County, Law Division, Case No. 2020 L 009014, on August 21, 2020. Rozek and Chen allege that they are citizens of the State of Illinois. Montufar alleges that he is a citizen of the State of Michigan. Wilvert alleges that she is a citizen of the State of Texas.

14. Plaintiffs, Christine Horn, Irma Perez, Jill Nolden, Mary Jackson, Mildred Corder, Alison Koehler, William Huston, Wallace Rice, Carmen Nieves, Tracie Olk, Angela Ramirez, Tom Butera, and Dave Wilson, filed a Complaint and Demand for Jury Trial in the case captioned, *Christine Horn, et al. v. Medline Industries, Inc., et al.*, in the Circuit Court of Cook County, Law Division, Case No. 2020 L 009015, on August 21, 2020. Horn, Perez, Jackson, Corder, Koehler, Huston, Nieves, Olk, Ramirez, Butera and Wilson allege that they are citizens of the State of Illinois. Nolden alleges that she is a citizen of the State of Michigan. Rice alleges that he is a citizen of the State of South Carolina.

15. Plaintiff, Lazarus Torres (by his Guardian, Danijla Jovanovic), filed a Complaint in the case captioned, *Lazarus Torres v. Medline Industries, Inc., et al.*, in the Circuit Court of Cook County, Law Division, Case No. 2020 L 009069, on August 24, 2020, and alleges that he is a citizen of the State of Illinois.

16. Plaintiff, Danijla Jovanovic, filed a Complaint in the case captioned, *Danijla Jovanovic v. Medline Industries, Inc., et al.*, in the Circuit Court of Cook County, Law Division,

2823966v1

Case No. 2020 L 009070, on August 24, 2020, and alleges that she is a citizen of the State of Illinois.

17. Plaintiffs, Ann Wells and Susan Corder, filed a Complaint and Demand for Jury Trial in the case captioned, *Ann Wells, et al. v. Medline Industries, Inc., et al.*, in the Circuit Court of Cook County, Law Division, Case No. 2020 L 009232, on August 27, 2020, and allege that they are citizens of the State of Illinois.

18. Plaintiffs, Cynthia Fields (as Independent Administrator of the Estate of Adele Claypool), Pamela Boyer (as Independent Administrator of the Estate of Andrew Boyer), Michael Christian (as Independent Administrator of the Estate of Sally Christian), David Stewart (as Independent Administrator of the Estate of Josephine Sulentic Stewart), Ana Rivera (as Independent Administrator of the Estate of Mateo Rivera), Tamika Hobbs (as Independent Administrator of the Estate of Joan McNeal), Melanie Copeland (as Independent Administrator of the Estate of Bertha Copeland), Jasmine Stewart (as Independent Administrator of the Estate of Suzette Jo-Lyn Griffin), James Martin (as Independent Administrator of the Estate of Mary Martin), Wrenne Gillespie (as Independent Administrator of the Estate of Ehrren Gillespie), Mary Marquez Barrera (as Independent Administrator of the Estate of Luis Marquez), James Martin (as Independent Administrator of the Estate of Anna Japuncich), and Mildred Corder (as Independent Administrator of the Estate of Sheryl Lynn Nelson), filed a Complaint and Demand for Jury Trial in the case captioned, *Cynthia Fields, et al. v. Medline Industries, Inc., et al.*, in the Circuit Court of Cook County, Law Division, Case No. 2020 L 009234, on August 27, 2020. Fields, Boyer, Stewart, Barrera, Rivera, Hobbs, Copeland, Stewart, Martin, and Corder allege that they are citizens of the State of Illinois. Christian alleges that he is a citizen of the State of Michigan. Ramirez alleges that she is a citizen of the State of Alabama.

19. Plaintiff, Paul Elloian, filed a Complaint and Demand for Jury Trial in the case captioned, *Paul Elloian v. Medline Industries, Inc., et al.*, in the Circuit Court of Cook County, Law Division, Case No. 2020 L 009854, on September 14, 2020, and alleges that he is a citizen of the State of Illinois.

20. Plaintiff, Thomas Harmet, filed a Class Action Complaint in the case captioned, *Thomas Harmet v. Medline Industries, Inc., et al.*, in the U.S.D.C., Northern District of Illinois, Case No. 1:20-cv-05605, on September 21, 2020, and alleges that he is a citizen of the State of Illinois.

21. Plaintiff, Elissa Barnabee, filed a Complaint at Law in the case captioned, *Elissa Barnabee v. Medline Industries, Inc., et al.*, in the Circuit Court of Cook County, Law Division, Case No. 2020 L 011571, on October 28, 2020, and alleges that he is a citizen of the State of Illinois.

22. Plaintiffs, Alisa Knuth, Amy Frantz, and Tammy Gaile, filed a Complaint and Demand for Jury Trial in the case captioned, *Alisa Knuth, et al. v. Medline Industries, Inc., et al.*, in the Circuit Court of Cook County, Law Division, Case No. 2020 L 011700, on October 30, 2020, and allege that they are citizens of the State of Illinois.